**DISMISS and Opinion Filed November 5, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00566-CV

**CMERIT USA, INC., Appellant**

**V.**

**SALZBRENNER ENTERPRISES, INC. D/B/A COWGIRL JEWELS, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14845**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Bridges

Before the Court is the parties' agreed motion to dismiss the appeal. The parties have informed the Court that they have settled their differences. Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

130566F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CMERIT USA, INC., Appellant

No. 05-13-00566-CV      V.

SALZBRENNER ENTERPRISES, INC.
D/B/A COWGIRL JEWELS Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-11-14845.
Opinion delivered by Justice Bridges.
Justices Fillmore and Lewis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered November 5, 2013

/David L. Bridges/

DAVID L. BRIDGES
JUSTICE

–2–